```
                                    United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                              Case No. 18-01219-RNO
Cleo B. Hall                                                        Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: REshelman             Page 1 of 1              Date Rcvd: May 09, 2018
                             Form ID: ntcnfhrg           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
```
db           +Cleo B. Hall,    272 Sycamore Drive,    East Stroudsburg, PA 18301-8236
5039935       CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5039936       COMENITY BANK,    BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5039938      +DAVID JAEDER,    272 SYCAMORE DRIVE,    EAST STROUDSBURG, PA 18301-8236
5039939       FIRST PREMIER,    3820 N LOUISE AVENUE,    SIOUX FALLS, SD 57107-0145
5039940      +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
5039941      +NOTRE DAME SCHOOLS,    60 SPANGENBURG AVENUE,    EAST STROUDSBURG, PA 18301-2799
5039942       SANTANDER CONSUMER USA,    ATTN BANKRUPTCY DEPT,    PO BOX 560284,    DALLAS, TX 75356-0284
5057800       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
               MADISON, WI 53708-8973
5039944       US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5039934      +E-mail/Text: ally@ebn.phinsolutions.com May 09 2018 19:17:18     ALLY FINANCIAL,
               PO BOX 380901,    BLOOMINGTON, MN 55438-0901
5046379       E-mail/Text: ally@ebn.phinsolutions.com May 09 2018 19:17:18     Ally Bank,   PO Box 130424,
               Roseville MN 55113-0004
5039937       E-mail/PDF: creditonebknotifications@resurgent.com May 09 2018 19:31:03      CREDIT ONE BANK,
               PO BOX 98873,    LAS VEGAS, NV 89193-8873
5039943      +E-mail/Text: jennifer.chacon@spservicing.com May 09 2018 19:18:25
               SELECT PORTFOLIO SERVICING INC,    ATTN  BANKRUPTCY DEPT,    PO BOX 65250,
               SALT LAKE CITY, UT 84165-0250
5039945      +E-mail/Text: bnc-bluestem@quantum3group.com May 09 2018 19:18:10      WEB BANK/FINGERHUT,
               6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity
               Loan Pass-Through Certificates, Series 2000-LB1 bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Cleo B. Hall
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Cleo B. Hall<br>aka Cleo Bernadette Hall, aka Cleo Hall<br>Debtor(s) | Chapter 13<br>Case No. 5:18−bk−01219−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 6, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 13, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2018 |