```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 18-01219-RNO
Cleo B. Hall                                                Chapter 13
        Debtor                 **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Jul 18, 2018
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
          +David Lamb, Claims Processor,    PYOD, LLC c/o Resurgent Capital Services,    PO Box 19008,
            Greenville, SC 29602-9008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5068525        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 19:09:50
                PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Cleo B. Hall jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity
               Loan Pass-Through Certificates, Series 2000-LB1 bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Cleo B. Hall
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **CLEO B. HALL**, aka<br>Cleo Bernadette Hall, aka Cleo Hall,<br>Debtor, | : <br> : <br> : <br> : | Chapter **13**<br>Case No. **5: 18-bk-01219** |
| **CLEO B. HALL**,<br>Objector,<br>v.<br>**PYOD, LLC**,<br>Claimant, | : <br> : <br> : <br> : <br> : <br> : | Objection to<br>Proof of Claim |

## ORDER SUSTAINING
## OBJECTION TO PROOF OF CLAIM NO. 7 OF PYOD, LLC

AND NOW upon consideration of Debtor **CLEO B. HALL'S** Objection to Proof of Claim No. 7 of **PYOD, LLC**, it is hereby ORDERED that the Objection to Proof of Claim No. 7 of **PYOD, LLC**, be and is hereby SUSTAINED. It is further ORDERED that Proof of Claim No. 7 of **PYOD, LLC**, be and is hereby DENIED IN ITS ENTIRETY.

Dated: July 18, 2018

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (DG)