In re:                                                                      Case No. 18-01219-RNO
Cleo B. Hall                                                                Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 2          Date Rcvd: Feb 21, 2019
                             Form ID: ordsmiss          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
db            +Cleo B. Hall,    272 Sycamore Drive,    East Stroudsburg, PA 18301-8236
5039938       +DAVID JAEDER,    272 SYCAMORE DRIVE,    EAST STROUDSBURG, PA 18301-8236
5039940       +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
5039941       +NOTRE DAME SCHOOLS,    60 SPANGENBURG AVENUE,    EAST STROUDSBURG, PA 18301-2799
5057800        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
               MADISON, WI 53708-8973
5039944        US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5039934        +EDI: GMACFS.COM Feb 22 2019 00:08:00      ALLY FINANCIAL,    PO BOX 380901,
               BLOOMINGTON, MN 55438-0901
5046379         EDI: GMACFS.COM Feb 22 2019 00:08:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
5039935         EDI: CAPITALONE.COM Feb 22 2019 00:08:00      CAPITAL ONE,    PO BOX 30285,
               SALT LAKE CITY, UT 84130-0285
5039936         EDI: WFNNB.COM Feb 22 2019 00:08:00      COMENITY BANK,    BANKRUPTCY DEPT,    PO BOX 182125,
               COLUMBUS, OH 43218-2125
5039937         EDI: RCSFNBMARIN.COM Feb 22 2019 00:08:00       CREDIT ONE BANK,    PO BOX 98873,
               LAS VEGAS, NV 89193-8873
5069513         E-mail/Text: jennifer.chacon@spservicing.com Feb 21 2019 19:13:18
               Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
5039939         EDI: AMINFOFP.COM Feb 22 2019 00:08:00      FIRST PREMIER,    3820 N LOUISE AVENUE,
               SIOUX FALLS, SD 57107-0145
5068818         EDI: RESURGENT.COM Feb 22 2019 00:08:00      LVNV Funding, LLC its successors and assigns as,
               assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
5068525        +EDI: RESURGENT.COM Feb 22 2019 00:08:00      PYOD, LLC its successors and assigns as assignee,
               of Roundup Funding L.L.C.,    Resurgent Capital Services,    PO Box 19008,
               Greenville, SC 29602-9008
5067554        +EDI: JEFFERSONCAP.COM Feb 22 2019 00:08:00       Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5068961         EDI: Q3G.COM Feb 22 2019 00:08:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,    Kirkland, WA 98083-0788
5039942         EDI: DRIV.COM Feb 22 2019 00:08:00      SANTANDER CONSUMER USA,    ATTN BANKRUPTCY DEPT,
               PO BOX 560284,    DALLAS, TX 75356-0284
5039943        +E-mail/Text: jennifer.chacon@spservicing.com Feb 21 2019 19:13:18
               SELECT PORTFOLIO SERVICING INC,    ATTN BANKRUPTCY DEPT,    PO BOX 65250,
               SALT LAKE CITY, UT 84165-0250
5065127         EDI: AIS.COM Feb 22 2019 00:08:00      Verizon,    by American InfoSource LP as agent,
               PO Box 248838,    Oklahoma City, OK 73124-8838
5039945        +EDI: BLUESTEM Feb 22 2019 00:08:00      WEB BANK/FINGERHUT,    6250 RIDGEWOOD ROAD,
               SAINT CLOUD, MN 56303-0820
                                                                                             TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        J. Zac Christman    on behalf of Debtor 1 Cleo B. Hall zac@fisherchristman.com,
         office@fisherchristman.com
        James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
         the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity
         Loan Pass-Through Certificates, Series 2000-LB1 bkgroup@kmllawgroup.com
        Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vincent  Rubino    on behalf of Debtor 1 Cleo B. Hall
         lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
         williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cleo B. Hall,                                      Chapter        13
aka Cleo Bernadette Hall, aka Cleo Hall,

    **Debtor 1**                              Case No.        5:18–bk–01219–RNO

### Order

    Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

    **ORDERED** that the case is hereby dismissed as to Debtor 1.

    **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated:  February 21, 2019                    By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

ordsmiss (05/18)