```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                             Case No. 18-01219-RNO
Cleo B. Hall                                                       Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-5      User: REshelman            Page 1 of 2              Date Rcvd: Mar 11, 2019
                          Form ID: pdf010            Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
```
db          +Cleo B. Hall,    272 Sycamore Drive,    East Stroudsburg, PA 18301-8236
5039938     +DAVID JAEDER,    272 SYCAMORE DRIVE,    EAST STROUDSBURG, PA 18301-8236
5039939      FIRST PREMIER,   3820 N LOUISE AVENUE,    SIOUX FALLS, SD 57107-0145
5039940     +KML LAW GROUP,   STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,   PHILADELPHIA, PA 19106-1538
5039941     +NOTRE DAME SCHOOLS,    60 SPANGENBURG AVENUE,    EAST STROUDSBURG, PA 18301-2799
5039942      SANTANDER CONSUMER USA,    ATTN BANKRUPTCY DEPT,    PO BOX 560284,   DALLAS, TX 75356-0284
5057800      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
              MADISON, WI 53708-8973
5039944      US DEPT OF ED/GLELSI,    PO BOX 7860,   MADISON, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5039934     +E-mail/Text: ally@ebn.phinsolutions.com Mar 11 2019 19:17:18     ALLY FINANCIAL,
              PO BOX 380901,    BLOOMINGTON, MN 55438-0901
5046379      E-mail/Text: ally@ebn.phinsolutions.com Mar 11 2019 19:17:18     Ally Bank,   PO Box 130424,
              Roseville MN 55113-0004
5039935      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 11 2019 19:27:13      CAPITAL ONE,
              PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5039936      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 11 2019 19:17:27     COMENITY BANK,
              BANKRUPTCY DEPT,    PO BOX 182125,   COLUMBUS, OH 43218-2125
5039937      E-mail/PDF: creditonebknotifications@resurgent.com Mar 11 2019 19:27:29      CREDIT ONE BANK,
              PO BOX 98873,    LAS VEGAS, NV 89193-8873
5069513      E-mail/Text: jennifer.chacon@spservicing.com Mar 11 2019 19:17:55
              Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
              Salt Lake City, UT 84165-0250
5068818      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2019 19:27:29
              LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
              FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5068525     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2019 19:27:29
              PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
              Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
5067554     +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 11 2019 19:17:42     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
5068961      E-mail/Text: bnc-quantum@quantum3group.com Mar 11 2019 19:17:28
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
              Kirkland, WA  98083-0788
5039943     +E-mail/Text: jennifer.chacon@spservicing.com Mar 11 2019 19:17:55
              SELECT PORTFOLIO SERVICING INC,    ATTN  BANKRUPTCY DEPT,   PO BOX 65250,
              SALT LAKE CITY, UT 84165-0250
5065127      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 11 2019 19:27:18     Verizon,
              by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
5039945     +E-mail/Text: bnc-bluestem@quantum3group.com Mar 11 2019 19:17:49      WEB BANK/FINGERHUT,
              6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                             TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman     on behalf of Debtor 1 Cleo B. Hall zac@fisherchristman.com,
               office@fisherchristman.com
              James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity
               Loan Pass-Through Certificates, Series 2000-LB1 bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Cleo B. Hall
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                           TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **CLEO B. HALL,** aka<br>Cleo Bernadette Hall, aka Cleo Hall,<br>Debtors**,** | : <br> : <br> : | **Chapter 13**<br>Case No. **5:18-bk-01219** |
| **CHARLES J. DEHART, III, CHAPTER 13 TRUSTEE,**<br>Movant,<br>vs.<br>**CLEO B. HALL,**<br>Respondent. | : <br> : <br> : <br> : <br> : | <br>Motion to<br>Dismiss |

ORDER GRANTING MOTION TO RECONSIDER/VACATE
FEBRUARY 21, 2019 ORDER DISMISSING CASE

AND NOW upon consideration of the Debtor's **Motion to Reconsider/Vacate February 21, 2019 Order Dismissing Case**, it is hereby ORDERED that the **Motion to Reconsider/Vacate February 21, 2019 Order Dismissing Case** is hereby GRANTED. It is further ORDERED that the **February 21, 2019 Order Dismissing Case** be and is hereby VACATED.

Dated: March 11, 2019

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (DG)