# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    CLEO B. HALL
          AKA: CLEO HALL, CLEO BERNADETTE
          HALL

          Debtor(s)

                                      CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                Movant                 CASE NO: 5-18-01219-RNO

          vs.

          CLEO B. HALL
          AKA: CLEO HALL, CLEO BERNADETTE
          HALL

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on April 11, 2019, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                    Respectfully submitted,

                    s/   Charles J. DeHart, III
                    Charles J. DeHart, III, Trustee
                    8125 Adams Drive, Suite A
                    Hummelstown, PA  17036
                    Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    CLEO B. HALL
           AKA: CLEO HALL, CLEO BERNADETTE
           HALL                           CHAPTER 13

                  Debtor(s)

           CHARLES J. DEHART, III            CASE NO: 5-18-01219-RNO
           CHAPTER 13 TRUSTEE
                  Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion.  Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**            **HEARING:**
May 22, 2019  at 9:00 am                  May 22, 2019 at 09:30 AM
U.S. Bankruptcy Court                     U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse           Max Rosenn U.S. Courthouse
197 S. Main Street                         197 S. Main Street
Wilkes Barre, PA                        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 9245.00**
**AMOUNT DUE FOR THIS MONTH:  $4135.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE:  $13380.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

      If **submitting payment by U.S. First Class Mail** mail to**:**
           **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.     You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  April 11, 2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CLEO B. HALL
        AKA: CLEO HALL, CLEO
        BERNADETTE HALL

                          CHAPTER 13

            Debtor(s)

        CHARLES J. DEHART, III         CASE NO: 5-18-01219-RNO
        CHAPTER 13 TRUSTEE
           Movant

### <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on April 11, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

VINCENT RUBINO, ESQUIRE           Served electronically
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA  18360-0511


CLEO B. HALL                  Served by 1st Class Mail
272 SYCAMORE DRIVE
EAST STROUDSBURG, PA  18301



United States Trustee
228 Walnut Street
Suite 1190                  Served electronically
Harrisburg, PA  17101



I certify under penalty of perjury that the foregoing is true and correct.

Date:  April 11, 2019          <u>Liz Joyce</u>
                        for Charles J. DeHart, III, Trustee
                        Suite A, 8125 Adams Dr.
                        Hummelstown, PA  17036
                        Phone:  (717) 566-6097
                        eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    CLEO B. HALL
           AKA: CLEO HALL, CLEO
           BERNADETTE HALL

                                    CHAPTER 13

               Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
               Movant                   CASE NO: 5-18-01219-RNO

        vs.

           CLEO B. HALL                   MOTION TO DISMISS
           AKA: CLEO HALL, CLEO
           BERNADETTE HALL

## ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.