## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CLEO B. HALL, | : | Case No. 5:18-bk-01219 |
| a/k/a Cleo Bernadette Hall, | : | |
| a/k/a Cleo Hall, | : | Chapter 13 |
| Debtor | : | |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of the Debtor CLEO B. HALL in the above-captioned matter.

/s/ Vincent Rubino_____
Vincent Rubino, Esq.
Attorney ID #49628
Newman Williams Mishkin
Corvelyn Wolfe & Fareri
712 Monroe Street
Stroudsburg, PA  18360
570-460-9561