# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CLEO B. HALL
AKA: CLEO HALL, CLEO
BERNADETTE HALL

       CHAPTER 13

     Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
     Movant

CASE NO: 5-18-01219-RNO

CLEO B. HALL
AKA: CLEO HALL, CLEO
BERNADETTE HALL

     Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on July 25, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of July 25, 2019, the Debtor(s) is/are $21650.00 in arrears with a plan payment having last been made on Mar 08, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 25, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CLEO B. HALL
AKA: CLEO HALL, CLEO BERNADETTE HALL

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-18-01219-RNO

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 25, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

J ZAC CHRISTMAN ESQUIRE
FISHER CHRISTMAN
530 MAIN STREET
STROUDSBURG, PA 18360-

SERVED ELECTRONICALLY

CLEO B. HALL
272 SYCAMORE DRIVE
EAST STROUDSBURG, PA 18301

SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com