## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **CLEO B. HALL**<br>AKA: CLEO HALL, CLEO BERNADETTE HALL<br>Debtor 1 | Chapter: 13<br>Case No.: 5-18-bk-01219 RNO |
| **CHARLES J. DEHART, III CHAPTER 13 TRUSTEE**<br>vs. Movant(s)<br>**CLEO B. HALL**<br>AKA: CLEO HALL, CLEO BERNADETTE HALL<br>Respondent(s) | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

*Robert N. Opel, II*
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

July 29, 2019