# Notice Recipients

District/Off: 0314–5     User: REshelman     Date Created: 7/29/2019
Case: 5:18–bk–01219–RNO     Form ID: pdf010     Total: 26

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
tr    Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com
cr    Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov
aty    J. Zac Christman    zac@fisherchristman.com
aty    James Warmbrodt    jwarmbrodt@kmllawgroup.com

                                                                                                             TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Cleo B. Hall    272 Sycamore Drive    East Stroudsburg, PA 18301
5039934    ALLY FINANCIAL    PO BOX 380901    BLOOMINGTON, MN 55438
5046379    Ally Bank    PO Box 130424    Roseville MN 55113–0004
5039935    CAPITAL ONE    PO BOX 30285    SALT LAKE CITY, UT 84130–0285
5039936    COMENITY BANK    BANKRUPTCY DEPT    PO BOX 182125    COLUMBUS, OH 43218–2125
5039937    CREDIT ONE BANK    PO BOX 98873    LAS VEGAS, NV 89193–8873
5039938    DAVID JAEDER    272 SYCAMORE DRIVE    EAST STROUDSBURG, PA 18301
5069513    Deutsche Bank National Trust Company    c/o Select Portfolio Servicing, Inc.    P.O. Box 65250    Salt Lake City, UT 84165–0250
5039939    FIRST PREMIER    3820 N LOUISE AVENUE    SIOUX FALLS, SD 57107–0145
5039940    KML LAW GROUP    STE 5000–BNY INDEPEN CTR    701 MARKET STREET    PHILADELPHIA, PA 19106–1532
5068818    LVNV Funding, LLC its successors and assigns as    assignee of MHC Receivables, LLC and    FNBM, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
5039941    NOTRE DAME SCHOOLS    60 SPANGENBURG AVENUE    EAST STROUDSBURG, PA 18301
5068525    PYOD, LLC its successors and assigns as assignee    of Roundup Funding L.L.C.    Resurgent Capital Services    PO Box 19008    Greenville, SC 29602
5067554    Premier Bankcard, Llc    Jefferson Capital Systems LLC Assignee    Po Box 7999    Saint Cloud Mn 56302–9617
5068961    Quantum3 Group LLC as agent for    Comenity Capital Bank    PO Box 788    Kirkland, WA 98083–0788
5039942    SANTANDER CONSUMER USA    ATTN BANKRUPTCY DEPT    PO BOX 560284    DALLAS, TX 75356–0284
5039943    SELECT PORTFOLIO SERVICING INC    ATTN BANKRUPTCY DEPT    PO BOX 65250    SALT LAKE CITY, UT 84165
5057800    UNITED STATES DEPARTMENT OF EDUCATION    CLAIMS FILING UNIT    PO BOX 8973    MADISON, WI 53708–8973
5039944    US DEPT OF ED/GLELSI    PO BOX 7860    MADISON, WI 53707–7860
5065127    Verizon    by American InfoSource LP as agent    PO Box 248838    Oklahoma City, OK 73124–8838
5039945    WEB BANK/FINGERHUT    6250 RIDGEWOOD ROAD    SAINT CLOUD, MN 56303

                                                                                                             TOTAL: 21